[No. 36819-6-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SCOTT ZIEGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01088-6, Diane M. Woolard, J., entered August 22, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 36879-0-II.   Division Two.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY KING, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00070-4, Roger A. Bennett, J., entered October 24, 2007. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 26045-3-III.   Division Three.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JUVENALE J. DACOSTA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-04248-7, Jerome J. Leveque, J., entered April 16, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26297-9-III.   Division Three.   July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PRESTON L. CARBARY, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 05-1-00197-1, Rebecca M. Baker, J., entered June 26, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.